June 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MINDI M., INDIVIDUALLY AND AS NEXT FRIEND OF S.M., A CHILD,
Appellant

NO. 14-13-00515-CV                          V.

THE FLAGSHIP HOTEL, LTD, FLAGSHIP HOSPITALITY, INC.,
INDIVIDUALLY AND D/B/A FLAGSHIP HOTEL, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The Flagship Hotel, Ltd, Flagship Hospitality, Inc., Individually and d/b/a Flagship Hotel, signed January 28, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by disposing of the claim for negligent hiring, retention, and supervision. We therefore order that the portions of the judgment that dispose of the claim for negligent hiring, retention, and supervision are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.